**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**CASE NO.:**

BRYAN E. GLYNN,

      Plaintiff,

v.

CIGAR ROOM CLUBHOUSE LLC dba
SMOKIN BULL CIGAR ROOM,

      Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff BRYAN E. GLYNN by and through his undersigned counsel, brings this Complaint against Defendant CIGAR ROOM CLUBHOUSE LLC dba SMOKIN BULL CIGAR ROOM for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff BRYAN E. GLYNN ("Glynn"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Glynn's original copyrighted works of authorship.

2. Glynn is an experienced professional photographer. Glynn is a master of lighting with extensive experience in using both natural light and flashes to get spectacular results in any environment. Glynn also is the founder of CigarObsession (at www.cigarobsession.com) and the producer of one of the most popular cigar video review YouTube channels.

3. Over the years, Glynn has worked in different areas of photography including architecture, weddings, models, landscapes, concerts, sports, and tabletop. Glynn has won many

awards, both local and National, and his photographs have been published in magazines and newspapers across the country. Glynn's work can be identified at a glance for its crisp almost 3D look without using HDR; instead he uses off camera flash for dimension and pop, especially in his product work, which produces incredible details and dimension that stand out like a fingerprint for clients.

4. Defendant CIGAR ROOM CLUBHOUSE LLC dba SMOKIN BULL CIGAR ROOM ("SBCR") is a cigar retail shop and lounge in Naples, Florida.

5. Glynn alleges that SBCR copied Glynn's copyrighted Work from the internet in order to advertise, market and promote its business activities. SBCR committed the violations alleged in connection with SBCR's business for purposes of advertising and promoting sales to the public in the course and scope of the SBCR's business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in Florida.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10. Cigar Room Clubhouse LLC dba Smokin Bull Cigar Room is a Florida limited liability company with its principal place of business at 1803 Tamiami Trail North, Naples,

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY. BOCA RATON, FL 33431

Florida, 34102, and can be served by serving its Registered Agent, John Billi, 2800 Gulfshore Blvd. N, #105, Naples, Florida, 34103.

## THE COPYRIGHTED WORK AT ISSUE

11.    Glynn created 4 photographs which are shown below and referred to herein as the "Works".









12. Glynn registered the Works with the Register of Copyrights on January 21, 2017 and was assigned the registration number VAu 1-271-409. The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Glynn was the owner of the copyrighted Works at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. SBCR has never been licensed to use the Works at issue in this action for any purpose.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY. BOCA RATON, FL 33431

15. On a date after the Works at issue in this action was created, but prior to the filing of this action, SBCR copied the Works.

16. SBCR copied Glynn's copyrighted Works without Glynn's permission.

17. After SBCR copied the Works, it made further copies and distributed the Works on the internet to promote the sale of goods and services as part of its cigar retail business.

18. SBCR copied and distributed Glynn's copyrighted Works in connection with SBCR's business for purposes of advertising and promoting SBCR's business, and in the course and scope of advertising and selling products and services.

19. Glynn's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. SBCR committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 2.

21. Glynn never gave SBCR permission or authority to copy, distribute or display the Works at issue in this case.

22. Glynn notified the SBCR of the allegations set forth herein on February 12, 2018 and April 17, 2018. To date, SBCR has failed to respond to Plaintiff's Notices. Copies of the Notices to SBCR are attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Glynn owns a valid copyright in the Works at issue in this case.

25. Glynn registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. SBCR copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Glynn's authorization in violation of 17 U.S.C. § 501.

27. SBCR performed the acts alleged in the course and scope of its business activities.

28. Glynn has been damaged.

29. The harm caused to Glynn has been irreparable.

## COUNT II
### REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

30. Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

31. The Works at issue in this case contains copyright management information ("CMI").

32. SBCR knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Works at issue in this action in violation of 17 U.S.C. § 1202(b).

33. SBCR committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Glynn's rights in the Works at issue in this action protected under the Copyright Act.

34. SBCR caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Glynn's rights in the Works at issue in this action protected under the Copyright Act.

35. Glynn has been damaged.

36. The harm caused to Glynn has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Cigar Room Clubhouse LLC dba Smokin Bull Cigar Room that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203.

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: August 14, 2018                     Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar No.: 98220
joel.rothman@sriplaw.com
ALEXANDER C. COHEN
Florida Bar No.: 1002715
alex.cohen@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorney for Plaintiff Bryan E. Glynn*