UNITED STATES DISTRICT COURT

FORT MYERS DIVISION

CASE NO.:  2:18-cv-00560-SPC-MRM

BRYAN E. GLYNN,

    Plaintiff,

v.

CIGAR ROOM CLUBHOUSE LLC D/B/A SMOKIN BULL CIGAR ROOM AND PROPRINT OF NAPLES, INC. DBA THE PRINT SHOP,

    Defendants.

## UNOPPOSED MOTION TO CONTINUE PRELIMINARY PRETRIAL CONFERENCE AND EXTEND CASE MANAGEMENT REPORT DEADLINE

Plaintiff BRYAN E. GLYNN, by and through his undersigned counsel, and hereby files this Unopposed Motion to Continue Preliminary Pretrial Conference and Extend Case Management Report Deadlines, and in support thereof, states as follows:

1. Not all Defendants have appeared in this matter.

2. On October 16, 2018, Plaintiff filed the Amended Complaint in this case, and added an additional Defendant, Proprint of Naples, Inc. ("Proprint"). [DE 16].

3. On October 24, 2018, Proprint was served, and a response to the Amended Complaint is due on November 14, 2018. [DE 19].

4. Prior to the filing of the Amended Complaint, the Court entered a Notice of Hearing for a Preliminary Pretrial Conference to take place on November 13, 2018 at 11:00 AM before Judge McCoy in Fort Myers, Florida. The Notice also required the Parties to file a joint Case Management Report no later than November 5, 2018. [DE 13].

5. Proprint's response to the Amended Complaint is not due until November 14, 2018, after the scheduled Pretrial Scheduling Conference on November 13, 2018, and the undersigned counsel is unsure if Proprint will have counsel appear at such hearing.

6. Proprint is a Florida corporation, and has not had an attorney enter an appearance on its behalf as of this date.

7. As a corporation, Proprint cannot appear before the Court *pro se*. See *Rowland v. California Men's Colony*, 506 U.S. 194 (1993).

8. Thus, to this date, the Plaintiff and all Defendants have been unable to confer regarding the Case Management Report and were unable to file one by the November 5, 2018 deadline set by the Court. The Court then Ordered the Parties to file a Case Management Report by November 9, 2018 at 12 PM. [DE 21].

9. It would be in the best interests of the Parties and the Court to preserve their respective resources and continue the Conference for a date after all Parties have appeared in this matter and have responded to the Amended Complaint and extend the deadline to file a Case Management Report accordingly by thirty (30) days to allow for all Parties to participate.

10. This Motion is not made for purposes of delay and the relief sought will not prejudice any party in this matter.

11. Counsel for the Plaintiff has conferred with counsel for Cigar Room Clubhouse LLC, and the Parties agree to the relief sought in this Motion.

**WHEREFORE**, Plaintiff, Bryan E. Glynn, respectfully requests a thirty-day (30) extension of time to file the Case Management Report, to continue the Preliminary Pretrial Hearing to a date after all Defendants respond to the Amended Complaint and file a Case Management Report, and for all other relief the Court deems necessary.

Dated:  November 7, 2018	Respectfully submitted,

>	*/s/  Alexander C. Cohen*
>	JOEL B. ROTHMAN
>	Florida Bar Number 98220
>	joel.rothman@sriplaw.com
>	ALEXANDER C. COHEN
>	Florida Bar Number 1002715
>	alex.cohen@sriplaw.com
>
>	**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
>	4651 North Federal Highway
>	Boca Raton, FL  33431
>	561.404.4350 – Telephone
>	561.404.4353 – Facsimile
>
>	*Counsel for Plaintiff Bryan E. Glynn*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on November 7, 2018, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

>	*/s/  Alexander C. Cohen*
>	ALEXANDER C. COHEN

## SERVICE LIST

Mr. Harris B. Katz
Goede, Adamczyk, DeBoest & Cross, PLLC
4800 North Federal Highway
Suite 307D
Boca Raton, FL 33431
hkatz@gadclaw.com
Attorney for Cigar Room Clubhouse LLC
d/b/a Smokin Bull Cigar Room