**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**BRYAN E. GLYNN,**

    **Plaintiffs,**

**v.**

**CIGAR ROOM CLUBHOUSE, LLC dba**
**SMOKIN BULL CIGAR ROOM,**

    **Defendant.**

_____/

**CASE NO.: 2:18-cv-00560-SPC-MRM**

**Judge Sheri Polster Chappell**

## DEFENDANT, CIGAR ROOM CLUBHOUSE, LLC'S, VERIFIED RESPONSE TO COURT'S ORDER TO SHOW CAUSE AS TO WHY A RESPONSE TO COMPLAINT HAS NOT BEEN FILED IN THIS MATTER

Defendant, Cigar Room Clubhouse LLC, d/b/a Smokin Bull Cigar Room,. ("Defendant"), by and through their undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby files this Response to the Court's November 6, 2018 Order Directing Defendant to Show Cause as to why a timely Response to the Amended Complaint was not filed (Doc. 20) and states as follows:

1. Plaintiff has filed this action against Defendant for alleged copyright infringement.

2. Defendant just retained the undersigned counsel after it was served in Order to consider its options in defending this matter.

3. After working diligently and conferring with counsel for Plaintiff, Defendant has made a thoughtful determination that it will not be defending this matter and has instructed the undersigned attorney to cease performing any substantive work on this matter, including filing a response to the Complaint, understanding that such action will lead to the entry of a default judgment against it.

4. At no time was there any intention on the part of Defendant or its counsel to unduly delay these proceedings and the final decision to not defend this matter was only reached in recent days.

5. In light of the foregoing, Defendant asks the Court that it be excused from participation in the upcoming Pretrial Conference set by the Court for November 13, 2018.

Respectfully submitted,

*Isl* Harris B. Katz
Harris B. Katz, Esq.
Florida Bar No. 2331
hkatz@gadclaw.com
bboltz@gadclaw.com
4800 N. Federal Highway
Boca Raton, Florida 33431
Telephone: (561) 368-9200
Fax: (561) 395-7050
Attorney for Defendant

_____
Verified by John Billi, Authorized Managing Member of Defendant,
Cigar Room Clubhouse, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF.

   Harris B. Katz, Esq._____
*Isl* Harris B. Katz