# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**CASE NO.: 2:18-cv-00560-SPC-MRM**

BRYAN E. GLYNN,

    Plaintiff,

v.

CIGAR ROOM CLUBHOUSE LLC DBA SMOKIN BULL CIGAR ROOM AND PROPRINT OF NAPLES, INC. DBA THE PRINT SHOP,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff BRYAN E. GLYNN, by and through his undersigned counsel, and pursuant to Local Rule 3.08 of the Middle District of Florida, hereby notifies the Court that the parties have reached a settlement and requests until February 15, 2019 in which to file a Stipulation of Dismissal.

Dated: January 16, 2019

    */s/ Alexander C. Cohen*
    JOEL B. ROTHMAN
    Florida Bar No. 98220
    joel.rothman@sriplaw.com
    ALEXANDER C. COHEN
    Florida Bar No. 1002715
    alex.cohen@sriplaw.com

    **SRIPLAW, PLLC**
    21301 Powerline Road
    Suite 100
    Boca Raton, FL 33433
    561.404.4350 – Telephone
    561.404.4353 – Facsimile

*Counsel for Plaintiff Bryan E. Glynn*

**CERTIFICATE OF SERVICE**

  The undersigned does hereby certify that on January 16, 2019, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

            */s/ Alexander C. Cohen*
            Alexander C. Cohen

**SERVICE LIST**

| | |
|---|---|
| Mr. Harris B. Katz | Ms. Jennifer Remy-Estorino |
| Goede, Adamczyk, DeBoest & Cross, PLLC | Kubicki Draper, PA |
| 4800 North Federal Highway | 25 West Flagler Street |
| Suite 307D | Penthouse |
| Boca Raton, FL 33431 | Miami, FL 33130 |
| hkatz@gadclaw.com | jr@kubickidraper.com; psb-kd@kubickidraper.com |
| Attorney for Cigar Room Clubhouse LLC dba Smokin Bull Cigar Room | Attorney for Proprint of Naples, Inc. dba The Print Shop |